# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY GRIFFITH**                                                                              **PLAINTIFF**

**v.**                                        **Case No.: 4:22-cv-00051-LPR**

**AUTOZONERS, LLC**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is entered for Defendant on all claims.

IT IS SO ADJUDGED this 9th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE